# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0013
_____

Devarrious Winbush,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

January 30, 2026

Per Curiam.

AFFIRMED.

Winokur, M.K. Thomas, and Treadwell, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Kevin Alvarez of the Law Office of Kevin Alvarez, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.